IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

BARBARA FORRESTER and
GARY FORRESTER,

        Plaintiffs,

v.                                                    CIVIL ACTION NO. 3:05-CV-117
                                                   (BAILEY)

PENN LYON HOMES, INC. d/b/a
PENN LYON HOMES CORPORATION,
a Pennsylvania business corporation,
FOWLER HOMES, LLC a Virginia
limited liability company, and PLH,
ERECTORS, INC., A Pennsylvania
business corporation,

        Defendants.

## ORDER SETTING SCHEDULING CONFERENCE

On July 24, 2007, the plaintiffs in the above-styled civil action filed a Motion for Scheduling Order [Doc. 116]. The Court has reviewed the Motion and **ORDERS** that, under the circumstances represented by counsel, this Motion shall be **GRANTED**.

Therefore, a **Scheduling Conference** in this matter is hereby set for **July 31, 2007, at 2:00 PM, in Martinsburg**. Although the Court generally prefers the conference to be conducted in person, counsel by written motion made at least three (3) working days prior to the hearing may participate by telephone. Requesting counsel will be responsible for making conference call arrangements. See Fed. R. Civ. P. 16 (b) and LR Civ P 16.01 (c).

The Clerk is hereby directed to transmit copies of this Order to counsel of record herein.

It is so **ORDERED**.

**DATED:** July 25, 2007.

/s/ John Preston Bailey
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE