THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**BARBARA FORRESTER and**
**GARY FORRESTER,**

    **Plaintiffs,**

v.                                                                                                          Civil Action No. 3:05CV117
                                                                                                         (Judge Bailey)

**PENN LYON HOMES, INC.**
**d/b/a PENN LYON HOMES CORPORATION,**
**a Pennsylvania business corporation;**
**FOWLER HOMES, LLC, a Virginia**
**limited liability company; and**
**PLH ERECTORS, INC.,**
**a Pennsylvania business corporation,**

    **Defendants.**

## ORDER OF STATUS CONFERENCE

On July 31, 2007, the parties in the above-styled civil action appeared before the Court for a status conference in regard to plaintiffs' Motion for Scheduling Order (Doc. 116). The plaintiffs, Barbara and Gary Forrester, were present by counsel Braun Hamstead and Brian McAuliffe. Defense counsel Christopher Luttrell was present on behalf of Fowler Homes, LLC. In addition, Thomas Lawson appeared via telephone on behalf of defendants Penn Lyon Homes, Inc. and PLH Erectors, Inc.

At the hearing, the parties discussed the circumstances surrounding the filing of plaintiffs' Motion for Scheduling Order (Doc. 116). In doing so, all parties expressed a desire to return to mediation before United States Magistrate Judge David Joel in order to finalize the terms of the previous agreement. As such, the Court **ORDERED** the parties to appear before United States Magistrate Judge David Joel on August 8, 2007 at 1:00 pm for mediation. There being no further business, the Court adjourned the matter.

1

It is so ORDERED.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED:** August 6, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE