THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**BARBARA FORRESTER and**
**GARY FORRESTER,**

    Plaintiffs,

v.                                                      Civil Action No. 3:05CV117
                                                        (Judge Bailey)

**PENN LYON HOMES, INC.**
**d/b/a PENN LYON HOMES CORPORATION,**
a Pennsylvania business corporation;
**FOWLER HOMES, LLC, a Virginia**
**limited liability company; and**
**PLH ERECTORS, INC.,**
a Pennsylvania business corporation,

    Defendants.

## ORDER GRANTING MOTION TO CONTINUE MEDIATION

    This matter comes before the Court for consideration of the Motion to Continue Mediation (Doc. 121) filed on August 3, 2007. As noted in the motion, counsel for Penn Lyon Homes, Inc. and PLH Erectors, Inc. has a family medical emergency which prevents his attendance at the mediation scheduled for August 8, 2007. For good cause shown, the **Motion to Continue Mediation (Doc. 121) is GRANTED**. Moreover, the parties are **DIRECTED** to contact the chambers of United States Magistrate Judge David Joel and provide three potential dates, prior to August 17, 2007, to serve as possible dates to conduct the mediation.

    It is so ORDERED.

    The Clerk is directed to transmit copies of this Order to all counsel of record.

    **DATED:** August 6, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE

1